UNITED STATES GOVERNMENT
# MEMORANDUM

TO: *Honorable Myron Thompson*

REPLY TO
ATTN OF:   Donnelle Thompson
United States Probation Officer

SUBJECT:   **United States of America v. Brian Tyrone Pleasant**
**DOCKET NO. 2:06CR00440 01**
**TRANSFER OF JURISDICTION REQUEST**
*3:08CM1530-MHT*

DATE:   May 27, 2008

## COURT HISTORY:

On June 7, 2007, Brian Tyrone Pleasant appeared before the Honorable David F. Levi, U. S. District Judge, for the Eastern District of California, for sentencing after pleading guilty to Bank Fraud. Pleasant was sentenced to a time served sentence to be followed by a 36-month term of supervised release. The following special conditions were included: (1) the defendant shall submit to a search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer , based upon reasonable suspicion, without a search warrant; (2) shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this judgement is paid in full, unless the defendant obtains approval of the Court; (3) shall provide the probation officer with access to any requested financial information; (4) shall not incur credit charges or open additional lines of credit without the approval of the probation officer; and (5) shall comply with the conditions of home detention for a period of 120 consecutive days to commence when directed by the probation officer. Pleasant was also ordered to pay restitution of $21,971.73 to Armed Forces Bank and a $100 special monetary assessment.

## SUPERVISION HISTORY AND RECOMMENDATION:

Pleasant began serving his three (3) year supervised release term on June 7, 2007, in the Eastern Division of California. Supervision of Pleasant's case was accepted in our district on June 20, 2007. To date, Pleasant has successfully completed his 120-day term of home confinement. He has also tested negative on all drug tests for illegal drugs. However, on May 8, 2008, he was arrested by the Columbus Police Department for Financial Transaction Card Fraud (10 counts) and Financial Transaction Card Theft (2 counts). He was subsequently released on bond.

Brian Tyrone Pleasant
Page Two

Pleasant was living with his mother in Phenix City, Alabama, at the time of the instant offense. He is currently married and resides with his wife in Columbus, Georgia. He has no family ties to the Eastern District of California and has no intentions of returning to that district as he wishes to remain in the Middle District of Alabama for the remainder of his supervised release term.

Since Pleasant is being supervised in the Middle District of Alabama, and has family ties to the area, the probation officer is requesting that jurisdiction of this case be accepted so that all violations may be addressed in a timely manner. If Your Honor agrees to accept jurisdiction, please sign part two of the enclosed probation form 22 and return it to this officer for further processing.

Respectfully submitted,

Donnelle Thompson
United States Probation Officer

Approved by:

David R. Thweatt
Supervisory U.S. Probation Officer

**APPROVED:**

_____
United States District Judge/Date

**DISAPPROVED:**

_____
United States District Judge/Date

**COMMENTS:**_____

_____

_____

/dt
Attachment

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:06CR00440-01 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:08cm 1530 -MHT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brian Tyrone PLEASANT<br>Phenix City, Alabama | Eastern District of California | Northern |
| | **NAME OF SENTENCING JUDGE** | |
| | John A. Mendez<br>United States District Judge | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE:** | **FROM** 06/07/2007    **TO** 06/06/2010 |

**OFFENSE**  18 USC 1344(a) - Bank Fraud (Class B Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-12-08
Date

~~Chief~~ United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALABAMA**

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  _____
Effective Date   United States District Judge

CC:  United States Attorney
     FLU Unit-United States Attorney's Office
     Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

| PROB 22 | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:06CR00440-01 |
| | **DOCKET NUMBER** (Rec. Court) |
| | 3:08cm1530-MHT |

| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**<br><br>Brian Tyrone PLEASANT<br>Phenix City, Alabama | **DISTRICT**<br><br>Eastern District of California | **DIVISION**<br><br>Northern |
|---|---|---|
| | **NAME OF SENTENCING JUDGE**<br><br>John A. Mendez<br>United States District Judge | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE:** | **FROM**<br>06/07/2007 | **TO**<br>06/06/2010 |

**OFFENSE**   18 USC 1344(a) - Bank Fraud (Class B Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-12-08
*Date*

*Chief* United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALABAMA**

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                        United States District Judge

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office